

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| BRIAN CAMPBELL, | § | |
| | | No. 08-11-00159-CR |
| Appellant, | § | |
| | | Appeal from the |
| v. | § | |
| | | 371st District Court |
| THE STATE OF TEXAS, | § | |
| | | of Tarrant County, Texas |
| Appellee. | § | |
| | | (TC# 1227667R) |
| | § | |

## J U D G M E N T

The Court has considered this cause on the record and concludes there was error in the judgment. We therefore reverse the conviction and render a judgment of acquittal, in accordance with our opinion. We further order this decision be certified below for observance.

IT IS SO ORDERED THIS 15TH DAY OF MAY, 2013.


GUADALUPE RIVERA, Justice

Before McClure, C.J., Rivera, and Antcliff, JJ.
Antcliff, J., not participating